DOCKETED

JAN 08 '04 PM 1:07 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL J. DELANEY,<br>Debtor. | )<br>)<br>) | Chapter 7   FILING FEE PAID<br>Case No. 02-12083 CJK |
| | | |
| J. BRIAN MOORE and<br>LAURA M. MOORE,<br>Plaintiffs,<br><br>v.<br><br>DAVID B. MADOFF,<br>TRUSTEE IN BANKRUPTCY OF<br>MICHAEL J. DELANEY,<br>ET AL.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary Proceeding<br>02-01341 |

NOTICE OF APPEAL

J. Brian Moore and Laura M. Moore, the Plaintiffs in the above-captioned adversary proceeding, appeal under 28 U.S.C. §158(a) from the judgment, order, or decree of the bankruptcy judge, Kenner, J., entered in this adversary proceeding on the 29th day of December, 2003.

The names of all parties to the judgment order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

See list of parties and counsel attached hereto as Exhibit "A".

134

Respectfully Submitted,
For the Plaintiffs,
By their Attorney,

_____
James F. Creed, Jr
BBO#552138
Creed & Formica
1329 Highland Avenue
Needham, MA  02492
(781) 449-4600

Dated: 1/7/04

EXHIBIT "A"



David B. Madoff, Esquire
Chapter 7 Trustee
Cohn, Khoury, Madoff & Whitesell
101 Arch Street
Boston, MA 02110

Gary Cruickshank, Esquire
21 Custom House Street, Suite 920
Boston, MA 02110

United States Trustee
1184 Thomas P. O'Neill, Jr.
 Federal Building
10 Causeway Street
Boston, MA 02222

Gerrity Company, Inc.
c/o Stephen A. Greenbaum, Esquire
Greenbaum Nagel Fisher & Hamelburg
200 High Street
Boston, MA 02110

Cape Cod Lumber Co., Inc.
c/o Michael S. Kalis, Esquire
632 High Street
Dedham, MA 02026

Comm. Of Mass Dept. of Revenue
c/o Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue
51 Sleeper Street, PO Box 9486
Boston, MA 02205-9486

Kevin P. Kiley and Susan Kiley
c/o Wilson D. Rogers, Jr., Esquire
The Rogers Law Firm
One Union Street
Boston, MA 02108

Town of Pembroke
c/o Joel B. Bard, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA  02116-4102

North River Plumbing, Heating
  & Water Filtration
44 Mountain Avenue
Pembroke, MA  02359

C.N.J., Inc.
421 Bedford Street
Whitman, MA  02382

Sampson Lumber Co., Inc.
PO Box 1149
Pembroke, MA  02359

Scott and Sandra Kearns
c/o Kethro & Thomas, PC
1165 Washington Street
Hanover, MA  02339

Cape Cod Lumber Co., Inc.
PO Box 2013
Abington, MA  02351-0513

Kevin P. Kiley and Susan Kiley
47 Colasanti Drive
Weymouth, MA  02191

Town of Pembroke
Town Hall
Pembroke, MA  02359

P.A. Landers, Inc.
c/o Elliot M. Sherman, Esquire
Baron Burgess & Trifilo, LLP
45 Fairfield Street
Boston, MA  02116

P.A. Landers, Inc.
24 Factory Pond Road
Hanover, MA  02339