UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| In Re: | ) | Bankruptcy Appeal |
| MICHAEL J. DELANEY | ) | C.A. No. 04-10393-NG |
| Debtor | ) |   |

MOTION OF GERRITY COMPANY INCORPORATED
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF
AND REQUEST FOR EXPEDITED CONSIDERATION

To the Honorable Nancy Gertner, United States District Judge:

Now comes Gerrity Company Incorporated, (hereinafter "Gerrity") one of the Appellees in the above captioned appeal and respectfully moves that this Court extend the time in which Gerrity may file its brief and in support thereof, Gerrity submits the following:

1. Pursuant to an order of this Court dated March 2, 2004, a copy of which is annexed hereto and marked Exhibit A, Gerrity is required to file its appellate brief on April 1, 2004.

2. It is Gerrity's position that because the Appellant did not obtain a stay pending appeal of the order of the Bankruptcy Court authorizing Gerrity to foreclose on the real estate which is the subject of this appeal that said appeal is now moot. Said position is set forth in the Motion for Order Dismissing Appeal Due to Mootness which is filed contemporaneously herewith (the "Motion to Dismiss").

3. If the Court allows the Motion to Dismiss, Gerrity will not have to incur the significant expense of preparation and filing its appellate brief.

4. Expedited consideration of this Motion is requested since the time for filing said Brief is April 1, 2004.

WHEREFORE, after expedited consideration, Gerrity requests that this Court enter an Order extending the time for Gerrity to file its Brief in the above captioned appeal pending resolution of the Motion to Dismiss.

Respectfully submitted
Gerrity Company Incorporated
By its Counsel,

Dated: 3/24/04

Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston MA 02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Motion has been served, via facsimile and regular mail, upon James F. Creed, Jr., Esq., Creed & Formica, Counsel to the Appellants, 1329 Highland Avenue, Needham Massachusetts 02492 and by regular United States mail, postage prepaid, to all other Defendants on the annexed list.

Dated: 3/24/04

Gary W. Cruickshank, Esq.

2

Richard Hackel, Esq.
98 N. Washington Street
Boston MA 02114

James Creed, Jr., Esq.
Creed & Formica
1329 Highland Avenue
Needham MA 02492

David Madoff, Esq.
Cohn, Khoury, Madoff & Whitesell
101 Arch Street
Boston MA 02110

Stephen Greenbaum, Esq.
Greenbaum, Nagel, Fisher & Hamelburg
200 High Street
Boston MA 02110

United States Trustee
1184 Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston MA 02222

Peter Young, Esq.
90 Oak Street
Newton Upper Falls MA 02464

Stephen Shamban, Esq.
639 Granite Street
Box 850973
Braintree MA 02185

Cape Cod Lumber Co.
403 Bedford Street
Abington MA 02353

CNJ, Inc.
421 Bedford Street
Whitman MA 02382

PA Landers, Inc.
24 Factory Pond Road
Hanover MA 02339

Kevin and Susan Kiley
151 Planting Fields Road
Marshfield MA 02050

Town of Pembroke
Town Hall
Pembroke MA 02359

North River Plumbing
44 Mountain Avenue
Pembroke MA 02359

Sampson Lumber Co.
P.O. Box 790
Pembroke MA 02359

Commonwealth of Massachusetts
Department of Revenue
P.O. Box 55484
Boston MA 02205

Scott and Sandra Kearns
c/o Kethro & Thomas
1165 Washington Street
Hanover MA 02339

Paula Ingham
f/k/a Pamela Delaney
35 Misty Meadow Road
Pembroke MA 02359

Delancon Corp.
c/o Michael Delaney
183 Columbia Road
Hanover MA 02339

Michael Delaney
78 Lowell Road
Pembroke MA 02359

Michael Delaney
Box 726
Hanover MA 02339

Matthew Delaney
47 Wintergreen Farm Road
Pembroke MA 02359

Quail Run Realty Trust
c/o Michael Delaney
48 Fieldstone Drive
Hanover MA 02339