UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: )<br>MICHAEL J. DELANEY )<br>    Debtor )<br>_____ )<br>)<br>J. BRIAN MOORE and )<br>LAURA M. MOORE )<br> Plaintiffs/Appellants )<br>)<br>v. )<br>)<br>DAVID B. MADOFF, )<br>TRUSTEE IN BANKRUPTCY )<br>OF MICHAEL J. DELANEY )<br>ET AL. )<br> Defendants/Appellees )<br>) | CIVIL ACTION NO. 04-10393-NG |

APPENDIX OF APPELLEE GERRITY COMPANY, INCORPORATED,
TO ITS BRIEF ON APPEAL FROM THE DECISION AND JUDGMENT
OF THE UNITED STATES BANKRUPTCY COURT

TABLE OF CONTENTS

1. Decision of Massachusetts Appeals Court dated November 29, 2004 in case of J. Brian Moore and another vs. Gerrity Company, Incorporated, Case No. 02-P-1335.

2. Memorandum of Decision on Second Motion of Gerrity Company for Relief from the Automatic Stay, issued by the United States Bankruptcy Court on December 29, 2003.

Gerrity Company Incorporated
By its Counsel,

Dated: 12/21/04

_____
Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston MA 02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com