UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re:                          )
                                )
MICHAEL J. DELANEY              )   Case No. 04-cv-10393-NG
      Debtor                    )
                                )

NOTICE OF HEARING

Please be advised that the United States District Court for the District of Massachusetts has scheduled oral argument on the appeal in the above captioned matter. Said oral argument will occur on Wednesday, March 23, 2005 at 2:30 P.M. Said hearing will take place before the Honorable Nancy Gertner, United States District Court, Courtroom 2, Moakley Federal Building, One Courthouse Way, Boston, Massachusetts.

Dated: 2/12/05

Gerrity Company Incorporated
By its Counsel,

_____
Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston MA 02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com

CERTIFICATE OF SERVICE

    I, Gary W. Cruickshank, hereby certify that a copy of the foregoing Notice has been served, by certified mail, return receipt requested, upon James F. Creed, Jr., Esq., Creed & Formica, 1329 Highland Avenue, Needham, Massachusetts 02492.

Dated: 2/12/05

                                  Gary W. Cruickshank, Esq.