UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
In re:                          )
MICHAEL J. DELANEY              )
    Debtor,                     )
                                )
J. BRIAN MOORE,                 )    C.A. No. 04-10393-NG
LAURA M. MOORE,                 )
    Plaintiffs,                 )
                                )
    v.                          )
                                )
DAVID B. MADOFF, et al.,        )
    Defendants.                 )
```
GERTNER, D.J.:

### JUDGMENT

Petitioners J. Brian Moore and Laura M. Moore appeal the decision and judgment of the United States Bankruptcy Court for the District of Massachusetts [docket entry # 1]. For the reasons stated in the accompanying Memorandum and Order, I hereby **AFFIRM** the judgment of the bankruptcy court. This action is hereby **DISMISSED**.


SO ORDERED.

Dated:   April 21, 2005             /s/ NANCY GERTNER, U.S.D.J.