UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: )<br>MICHAEL J. DELANEY )<br>    Debtor, )<br>) | |
| J. BRIAN MOORE )<br>LAURA M. MOORE, )<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>DAVID B. MADOFF, TRUSTEE IN )<br>BANKRUPTCY FOR MICHAEL J. )<br>DELANEY; GERRITY COMPANY, )<br>INCORPORATED; CAPE COD )<br>LUMBER CO., INC.; SAMPSON )<br>LUMBER CO., INC.; C.N.J., INC. )<br>D/B/A WHITMAN CARPET & TILE; )<br>NORTH RIVER PLUMBING; )<br>HEATING & WATER FILTRATION; )<br>P.A. LANDERS, INC.; )<br>COMMONWEALTH OF )<br>MASSACHUSETTS, DEPARTMENT OF )<br>REVENUE; KEVIN KILEY and )<br>SUSAN KILEY; SCOTT KEARNS and )<br>SANDRA KEARNS & TOWN OF )<br>PEMBROKE, DELANCON )<br>CORPORATION, MATTHEW )<br>DELANEY, PAMELA E. INGHAM f/k/a )<br>PAMELA E. DELANEY, MICHAEL )<br>J. DELANEY, TRUSTEE OF THE )<br>QUAIL RUN REALTY TRUST )<br>and MICHAEL DELANEY, )<br>    Defendants. ) | CIVIL ACTION NO. 04-10393 NG |

NOTICE OF APPEAL

    NOW COME J. Brian Moore and Laura M. Moore, the Plaintiffs/Appellants in the above-captioned civil action, and pursuant to Fed.R.App.P. 3(a); 6(a) and (b)(2)(A) appeal to the United States Court of Appeals for the First Circuit from the final judgment,

order, or decree of the District Court for the District of Massachusetts, entered in this civil action on the 21st day of April 2005, and after denial of a motion for rehearing on May 21, 2005 denying Plaintiffs' claims for relief including those under 11 USC §365(i).

The names of all parties to the judgment order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

See list of parties and counsel attached hereto as Exhibit "A".

Respectfully Submitted,
For the Plaintiffs,
By their Attorney,

_____
James F. Creed, Jr.
BBO#552138
Creed & Formica
1329 Highland Avenue
Needham, MA 02492
(781) 449-4600

Dated: 5/31/05

EXHIBIT "A"

David B. Madoff, Esquire
Chapter 7 Trustee
Cohn, Khoury, Madoff & Whitesell
101 Arch Street
Boston, MA  02110

Gary Cruickshank, Esquire
21 Custom House Street, Suite 920
Boston, MA  02110

United States Trustee
1184 Thomas P. O'Neill, Jr.
  Federal Building
10 Causeway Street
Boston, MA  02222

Gerrity Company, Inc.
c/o Stephen A. Greenbaum, Esquire
Greenbaum Nagel Fisher & Hamelburg
200 High Street
Boston, MA  02110

Cape Cod Lumber Co., Inc.
c/o Michael S. Kalis, Esquire
632 High Street
Dedham, MA  02026

Comm. Of Mass Dept. of Revenue
c/o Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue
51 Sleeper Street, PO Box 9486
Boston, MA  02205-9486

Kevin P. Kiley and Susan Kiley
c/o Wilson D. Rogers, Jr., Esquire
The Rogers Law Firm
One Union Street
Boston, MA  02108

Town of Pembroke
c/o Joel B. Bard, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA  02116-4102

North River Plumbing, Heating
 & Water Filtration
44 Mountain Avenue
Pembroke, MA  02359

C.N.J., Inc.
421 Bedford Street
Whitman, MA  02382

Sampson Lumber Co., Inc.
PO Box 1149
Pembroke, MA  02359

Scott and Sandra Kearns
c/o Kethro & Thomas, PC
1165 Washington Street
Hanover, MA  02339

Cape Cod Lumber Co., Inc.
PO Box 2013
Abington, MA  02351-0513

Kevin P. Kiley and Susan Kiley
47 Colasanti Drive
Weymouth, MA  02191

Town of Pembroke
Town Hall
Pembroke, MA  02359

P.A. Landers, Inc.
c/o Elliot M. Sherman, Esquire
Baron Burgess & Trifilo, LLP
45 Fairfield Street
Boston, MA  02116

P.A. Landers, Inc.
24 Factory Pond Road
Hanover, MA  02339

Stephen E. Shamban, Esquire
639 Granite Street
PO Box 850973
Braintree, MA  02185

Quail Run Realty Trust
c/o Michael Delaney
48 Fieldstone Drive
Pembroke, MA  02359

Pamela Ingham
35 Misty Meadow Road
Pembroke, MA  02359

Scott Peterson, Esquire
Healy & Healy, PC
15 Walnut Street
Wellesley, MA  02481

Matthew Delaney
47 Wintergreen Farm Road
Pembroke, MA  02359

Michael Delaney
PO Box 726
Hanover, MA  02339

Delancon Corp.
c/o Michael Delaney
48 Fieldstone Drive
Pembroke, MA  02359

Richard S. Hackel, Esquire
98 N. Washington Street
Boston, Massachusetts  02114

## CERTIFICATE OF SERVICE

I, Deborah Rizzotto, hereby certify that on this date I caused a true copy of the NOTICE OF APPEAL to be served on the following by first class mail, postage prepaid:

David B. Madoff, Esquire
Chapter 7 Trustee
Cohn, Khoury, Madoff & Whitesell
101 Arch Street
Boston, MA  02110

Gary Cruickshank, Esquire
21 Custom House Street, Suite 920
Boston, MA  02110

United States Trustee
1184 Thomas P. O'Neill, Jr.
  Federal Building
10 Causeway Street
Boston, MA  02222

Gerrity Company, Inc.
c/o Stephen A. Greenbaum, Esquire
Greenbaum Nagel Fisher & Hamelburg
200 High Street
Boston, MA  02110

Cape Cod Lumber Co., Inc.
c/o Michael S. Kalis, Esquire
632 High Street
Dedham, MA  02026

Comm. Of Mass Dept. of Revenue
c/o Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue
51 Sleeper Street, PO Box 9486
Boston, MA  02205-9486

Kevin P. Kiley and Susan Kiley
c/o Wilson D. Rogers, Jr., Esquire
The Rogers Law Firm
One Union Street
Boston, MA  02108

Town of Pembroke
c/o Joel B. Bard, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA 02116-4102

North River Plumbing, Heating
 & Water Filtration
44 Mountain Avenue
Pembroke, MA 02359

C.N.J., Inc.
421 Bedford Street
Whitman, MA 02382

Sampson Lumber Co., Inc.
PO Box 1149
Pembroke, MA 02359

Scott and Sandra Kearns
c/o Kethro & Thomas, PC
1165 Washington Street
Hanover, MA 02339

Cape Cod Lumber Co., Inc.
PO Box 2013
Abington, MA 02351-0513

Kevin P. Kiley and Susan Kiley
47 Colasanti Drive
Weymouth, MA 02191

Town of Pembroke
Town Hall
Pembroke, MA 02359

P.A. Landers, Inc.
c/o Elliot M. Sherman, Esquire
Baron Burgess & Trifilo, LLP
45 Fairfield Street
Boston, MA 02116

P.A. Landers, Inc.
24 Factory Pond Road
Hanover, MA 02339

Stephen E. Shamban, Esquire
639 Granite Street
PO Box 850973
Braintree, MA 02185

Quail Run Realty Trust
c/o Michael Delaney
48 Fieldstone Drive
Pembroke, MA 02359

Pamela Ingham
35 Misty Meadow Road
Pembroke, MA 02359

Scott Peterson, Esquire
Healy & Healy, PC
15 Walnut Street
Wellesley, MA 02481

Matthew Delaney
47 Wintergreen Farm Road
Pembroke, MA 02359

Michael Delaney
PO Box 726
Hanover, MA 02339

Delancon Corp.
c/o Michael Delaney
48 Fieldstone Drive
Pembroke, MA 02359

Richard S. Hackel, Esquire
98 N. Washington Street
Boston, Massachusetts 02114

/s/ Deborah Rizzotto
Deborah Rizzotto

Dated: 5/31/05