# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10393

J. Brian Moore, et al

v.

David B. Madoff, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/31/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 6, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/6/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10393-NG

Moore et al v. Delaney et al  
Assigned to: Nancy Gertner  
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 02/23/2004  
Jury Demand: None  
Nature of Suit: 422 Bankruptcy Appeal (801)  
Jurisdiction: Federal Question

**In Re**

**Michael J. Delaney**

**Plaintiff**

**J. Brian Moore**  represented by  **James F. Creed, Jr.**
Creed and Formica
1329 Highland Avenue
Needham, MA 02492
781-449-4600
Fax: 781-449-4630
Email: jaycreed@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Hackel**
Law Office of Richard S. Hackel
Suite 104
98 North Washington Street
Boston, MA 02114-1913
617-742-1899
Fax: 617-742-2171
Email: rhackel@hackellaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Laura M. Moore     represented by     **James F. Creed, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Hackel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Attorney David Madoff     represented by     **David B. Madoff**
Cohn Khoury Madoff &
Whitesell LLP
101 Arch Street
16th Fl.
Boston, MA 02110
617-951-2505
Fax: 617-951-0679
Email: madoff@mandkllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Gerrity Company Inc.     represented by     **Gary W. Cruickshank**
21 Custom House Street
Suite 920
Boston, MA 02110
617-330-1960
Fax: 617-330-1970
Email: gwc@cruickshank-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Cape Cod Lumber Co.** | represented by | **Michael S. Kalis**<br>632 High Street<br>Dedham, MA 02026<br>617-461-0030<br>Fax: 781-461-4563<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sampson Lumber Co.**

**Defendant**

**C.N.J. Inc.**

**Defendant**

**North River Plumbing, Heating & Water Filtration**

**Defendant**

| | | |
|---|---|---|
| **P.A. Landers, Inc.** | represented by | **Elliot M Sherman**<br>45 Fairfield Street<br>4th Floor<br>Boston, MA 02116<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Comm. of Mass Dept of Revenue** | represented by | **Stephen G. Murphy**<br>Massachusetts Department of Revenue<br>Litigation Bureau<br>P.O. Box 55486<br>51 Sleeper Street<br>Boston, MA 02205<br>617-626-3305<br>Fax: 617-626-3289 |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin P. Kiley**     represented by     **Wilson D. Rogers, Jr.**
The Rogers Law Firm
One Union Street
Boston, MA 02108
617-723-1100
Fax: 617-720-4363
Email: mcrowley@therogerslawfirm.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Susan Kiley**     represented by     **Wilson D. Rogers, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Kearns**

**Defendant**

**Sandra Kearns**

**Defendant**

**Pembroke, Town of**     represented by     **Brian W. Riley**
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116
617-556-0007
Fax: 617-654-1735
Email: briley@k-plaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Pamela Ingham     represented by **Arvid J. Peterson**
Stephen E. Shamban Law Offices
639 Grainte Street
P.O. Box 850973
Braintree, MA 02185-0973
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Matthew Delany

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. File received, filed by J. Brian Moore, Laura M. Moore.(Gawlik, Cathy) (Entered: 03/03/2004) |
| 03/02/2004 | 2 | Bankruptcy Scheduling Order Appellant Brief due by 3/17/2004. Appellee Brief due by 4/1/2004. Appellant Reply Brief due by 4/12/2004. (Gawlik, Cathy) (Entered: 03/03/2004) |
| 03/24/2004 |  | Mail Returned as Undeliverable. Mail sent to Scott D. Peterson, Esq. (Filo, Jennifer) (Entered: 03/24/2004) |
| 03/24/2004 | 3 | MOTION for Extension of Time to File Appellee's Brief and Request for Expedited Consideration by Gerrity Company Inc..(Filo, Jennifer) (Entered: 03/31/2004) |
| 03/24/2004 | 4 | MOTION for Order Dismissing Appeal Due to Mootness by Gerrity Company Inc..(Filo, Jennifer) (Entered: 03/31/2004) |
| 04/01/2004 |  | Judge Nancy Gertner : Electronic ORDER entered granting 3 Motion for Extension of Time to File Appellee's Brief. (Filo, Jennifer) (Entered: |

| | | |
|---|---|---|
| | | 04/01/2004) |
| 04/01/2004 | 5 | RESPONSE to Motion re 4 MOTION to Dismiss Appeal Due to Mootness filed by J. Brian Moore, Laura M. Moore. (Filo, Jennifer) (Entered: 04/01/2004) |
| 09/23/2004 | 6 | MOTION for Hearing on Motion for Order Dismissing Appeal by Gerrity Company Inc..(Filo, Jennifer) Additional attachment(s) added on 9/28/2004 (Filo, Jennifer). Additional attachment(s) added on 9/28/2004 (Filo, Jennifer). (Entered: 09/28/2004) |
| 11/22/2004 | 7 | Judge Nancy Gertner : ORDER entered MEMORANDUM AND ORDER RE: DEFENDANT GERRITY COMPANY'S MOTION TO DISMISS (Filo, Jennifer) (Entered: 11/24/2004) |
| 12/21/2004 | 8 | APPELLATE BRIEF by Gerrity Company Inc.. (Filo, Jennifer) (Entered: 01/03/2005) |
| 12/21/2004 | 9 | APPENDIX re 8 Appellate Brief by Gerrity Company Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Filo, Jennifer) (Entered: 01/03/2005) |
| 12/21/2004 | 10 | MOTION for Expedited Hearing by Gerrity Company Inc..(Filo, Jennifer) (Entered: 01/03/2005) |
| 02/09/2005 | ● | Judge Nancy Gertner : Electronic ORDER entered granting 10 Motion for Hearing..HEARING ON MERITS OF BANKRUPTCY APPEAL SET FOR 3/23/05 AT 2:30PM (Molloy, Maryellen) (Entered: 02/09/2005) |
| 02/09/2005 | ● | Set Deadlines/Hearings: Bankruptcy Hearing set for 3/23/2005 02:30 PM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 02/09/2005) |
| 02/10/2005 | ● | E-Mail Notice re Electronic Order originally issued on 2/9/05 returned as undeliverable. Name of Addressee: David Madoff. Attorney changed firms, clerk informed attorney to change email address. (Filo, |

|  |  | Jennifer) (Entered: 02/10/2005) |
|---|---|---|
| 02/15/2005 | 11 | NOTICE of Hearing, filed. (Filo, Jennifer) (Entered: 02/16/2005) |
| 03/07/2005 | 12 | SUPPLEMENTAL BRIEF by Gerrity Company Inc.. (Filo, Jennifer) (Entered: 03/09/2005) |
| 03/23/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner : Motion Hearing held on 3/23/2005 on Merits of the Bankruptcy Appeal; all matters taken under advisment. (Court Reporter O'Hara.) (Molloy, Maryellen) (Entered: 03/23/2005) |
| 04/21/2005 | 13 | Judge Nancy Gertner : ORDER entered. MEMORANDUM AND ORDER RE: APPEAL FROM THE DECISION AND JUDGMENT OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS(Filo, Jennifer) (Entered: 04/21/2005) |
| 04/21/2005 | 14 | Judge Nancy Gertner : ORDER entered. JUDGMENT (Filo, Jennifer) (Entered: 04/21/2005) |
| 04/26/2005 |  | E-Mail Notice re docket entries 13 and 14 originally issued on 4/21/05 returned as undeliverable as to Attorney Madoff. Clerk has changed information and recommended attorney change information on ECF. (Filo, Jennifer) (Entered: 04/26/2005) |
| 05/02/2005 | 15 | MOTION for Rehearing by J. Brian Moore, Laura M. Moore.(Filo, Jennifer) (Entered: 05/03/2005) |
| 05/05/2005 |  | Mail Returned as Undeliverable. Mail sent to Stephen G. Murphy, Esq. (Memo & Order and Judgment) (Filo, Jennifer) (Entered: 05/05/2005) |
| 05/09/2005 | 16 | RESPONSE to Motion re 15 MOTION for Rehearing filed by Gerrity Company Inc.. (Filo, Jennifer) (Entered: 05/10/2005) |
| 05/17/2005 | 17 | MEMORANDUM OF LAW by J. Brian Moore, Laura |

| | | |
|---|---|---|
| | | M. Moore to 15 MOTION for Hearing. (Creed, James) (Entered: 05/17/2005) |
| 05/21/2005 | 〇 | Judge Nancy Gertner : Electronic ORDER entered denying 15 Motion for Hearing: Plaintiffs have not offered any new relevant law or facts; they simply rehash the same arguments which the court has not found to be persuasive. With respect to the citation to Queeno v. Colonial Cooperative Bank, 2005 WL 1022036, the case is distinguishable. In Queeno, the bank had actual notice of the purchase and sale agreement and its details. In the instant case, the Gerrity Company did not have such notice because Delaney fraudulently altered the agreement. Moore v. Gerrity, 62 Mass. App. Ct. 522, 524-25 (2004). Gerrity had actual notice only of a "down payment in the amount of $30,000 which was to be the subject of a mortgage." Id. at 524. (Gertner, Nancy) (Entered: 05/21/2005) |
| 05/31/2005 | 18 | NOTICE OF APPEAL as to 14 Judgment by J. Brian Moore, Laura M. Moore. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/20/2005. (Creed, James) (Entered: 05/31/2005) |
| 05/31/2005 | 〇 | Filing fee: $ 255.00, receipt number 64593 regarding Notice of Appeal (Filo, Jennifer) (Entered: 06/01/2005) |