UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:<br>MICHAEL J. DELANEY<br>    Debtor, | )<br>)<br>)<br>) | |
| | | |
| J. BRIAN MOORE<br>LAURA M. MOORE,<br>    Plaintiffs, | )<br>)<br>)<br>) | CIVIL ACTION NO. 04-10393 NG |
| vs. | )<br>) | |
| DAVID B. MADOFF, TRUSTEE IN<br>BANKRUPTCY FOR MICHAEL J.<br>DELANEY; GERRITY COMPANY,<br>INCORPORATED; CAPE COD<br>LUMBER CO., INC.; SAMPSON<br>LUMBER CO., INC.; C.N.J., INC.<br>D/B/A WHITMAN CARPET & TILE;<br>NORTH RIVER PLUMBING;<br>HEATING & WATER FILTRATION;<br>P.A. LANDERS, INC.;<br>COMMONWEALTH OF<br>MASSACHUSETTS,DEPARTMENT OF<br>REVENUE; KEVIN KILEY and<br>SUSAN KILEY; SCOTT KEARNS and<br>SANDRA KEARNS & TOWN OF<br>PEMBROKE, DELANCON<br>CORPORATION, MATTHEW<br>DELANEY, PAMELA E. INGHAM f/k/a<br>PAMELA E. DELANEY, MICHAEL<br>J. DELANEY, TRUSTEE OF THE<br>QUAIL RUN REALTY TRUST<br>and MICHAEL DELANEY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

APPELLANTS' DESIGNATION OF CONTENTS OF RECORD
AND STATEMENT OF ISSUES

1

To the Honorable Nancy Gertner, United States District Court Judge:

NOW COME the Appellants, J. Brian Moore and Laura M. Moore, and having filed a Notice of Appeal do hereby designate as contents of the record on appeal. For ease in identification, references in this designation are to the record designated in the appeal from the United States Bankruptcy Court:

1. The Complaint (Docket Entry #1);

2. The Answer of the Trustee, David B. Madoff (Docket Entry #13);

3.. The Answer of the Gerrity Company (Docket Entry #18);

4. The Answer of the Town of Pembroke (Docket Entry #22);

5. December 10, 2002 Order, Kenner, J. (Docket Entry #23);

6. December 12, 2002 Pre-Trial Order, Kenner, J. (Docket Entry #24);

7. Gerrity Company Motion for Summary Judgment (Docket Entry #28);

8. Gerrity Company Memorandum of Law in support of Summary Judgment (Docket Entry #29);

9. Opposition of the Moores' to Gerrity Motion for Summary Judgment (Docket Entry #33);

10. Affidavit of James F. Creed, Jr. in Support of Opposition to Summary Judgment (Docket Entry #34);

11. April 16, 2002 Memorandum of Decision and Order on Motion for Summary Judgment (Docket Entry #39);

12. Moores' Response to Court's Order to Show Cause Why the Complaint Should not be Dismissed (Docket Entry #43);

13.  Supplement to the Moores' Response (Docket Entry #45);

14.  Supplement to the Moores' Response (Docket Entry # 46);

15.  Statement of the Gerrity Company Relative to the Moores' Response (Docket Entry #47);

16.  May 22, 2003 Order to Amend the Complaint, Kenner, J. (Docket Entry #48);

17.  Amended Complaint (Docket Entry #49);

18.  Answer to the Amended Complaint of the Gerrity Company (Docket Entry #55);

19.  Answer to the Amended Complaint of the Town of Pembroke (Docket Entry #59);

20.  July 8, 2003 Endorsed Order, Kenner, J. (Docket Entry #61);

21.  July 8, 2003 Pre-Trial Order, Kenner, J. (Docket Entry #62);

22.  Answer to Amended Complaint of Michael J. Delaney (Docket Entry #70);

23.  Gerrity Company Motion for Expedited Trial (Dcoket Entry #72);

24.  July 30, 2003 Endorsed Order, Kenner J. (Docket Entry #73);

25.  Answer to the Amended Complaint of Pamela E. Ingham (Docket Entry #77);

26.  Gerrity Company's Third Motion for Expedited Trial (Docket Entry #79);

27.  Answer to the Amended Complaint of Michael J. Delaney (Docket Entry #80);

28.  September 2, 2003 Endorsed Order, Kenner, J. (Docket Entry #83);

29.  September 2, 2003 Order Setting Trial Date, Kenner, J. (Docket Entry #84);

30.  Pre-Trial Statement of Moores (Docket Entry #86);

31.  Pre-Trial Statement of the Gerrity Company (Docket Entry #87);

32.  Pre-Trial Statement of the Town Of Pembroke (Dcoket Entry #88);

33.    Moores' Request for Admissions of the Gerrity Company (Docket Entry #89);

34.    Gerrity Company Answers to Moores' Requests for Admissions (Docket Entry #90);

35.    Moores' Notice of Filing Admissions (Docket Entry #91);

36.    Gerrity Company Notice of Objections to Plaintiffs' Exhibits (Docket Entry #96);

37.    Gerrity Company Memorandum of Law (Docket Entry #97);

38.    Gerrity Company Response to Moores' Notice of Filing Admissions (Docket Entry #98);

39.    Moores' Motion for Leave to Amend their Pre-Trial Statement (Docket Entry #99);

40.    Affidavit of James F. Creed, Jr. (Docket Entry #100);

41.    Moores' Amended Pre-Trial Statement (Docket Entry #101);

42.    Moores' Response to Gerrity Company's Notice of Objections to Proposed Exhibits (Docket Entry #102);

43.    Gerrity Company's Motion in Limine (Docket Entry #104);

44.    Gerrity Company Memorandum in Support of Motion in Limine (Docket Entry #105);

45.    November 24, 2003 Endorsed Order, Kenner, J. (Docket Entry #106);

46.    November 24, 2003 Endorsed Order, Kenner, J. (Docket Entry #108);

47.    November 24, 2003 Endorsed Order, Kenner, J. (Docket Entry #109);

48.    Pre-Trial Conference Set for 12/2/2003 (Docket Entry #110);

49.    Trial Scheduled for 12/5/2003 (Docket Entry #111);

4

50.    Court's Certificate of Mailing ##s 108, 109, 110 and 111);

51.    November 24, 2003 Endorsed Order (Docket Entry #116);

52.    Notice of Unavailability of Party Defendant (Docket Entry #113);

53.    Affidavit of James F. Creed, Jr. (Docket Entry #114);

54.    Moores' Response Memorandum of Law on the Scope of 11 USC 365(i)(Docket
       Entry #117);

55.    December 2, 2003 Order Regarding the Moores' Motion to Amend their Pre-Trial
       Statement, Kenner, J. (Minutes Order on Pretrial Conference) (Docket Entry #118);

56.    December 29, 2003 Judgment for Defendant against Plaintiff (Docket Entry #125);

57.    December 29, 2003 Memorandum of Decision re: Judgment Dated 12/29/03
       (Docket Entry #126);

58.    Transcript of Pre-Trial Conference (Docket Entry #131);

59.    Notice of Appeal (Docket Entry #134);

60.    Election of Appeal to the District Court (Docket Entry #135).

61.    Certified Copy of Docket.


The issues on appeal are, as follows:

1.    The propriety of the Court's determination that the provisions of 11USC §365(i),
      under which the Moores claimed, require that there be equity for the bankrupt estate
      in order to allow the Moores their right to complete the purchase of real estate
      pursuant to the terms of their purchase and sale agreement with the Debtor;

5

2.    The propriety of the Court's determination that the US Trustee's duties under the provisions of 11USC §365(i), as claimed by the Moores, are discretionary;

3.    The propriety of the Court's determination that the provisions of 11 USC §365(i) cannot be implemented under 11 USC §363(b), or otherwise, absent an equity stake for the bankrupt estate;

4.    The propriety of the Court's *sua sponte* entry of judgment in the Adversary Proceeding, absent a motion, notice or request from any party or Court to the action requesting such relief, thereby denying Plaintiffs the opportunity to prepare and respond to final disposition on the merits;

5.    The Propriety of the Court's determination that the Moores' claim under 11 USC §365(i)(2)(B) was moot.


Respectfully submitted,
For the Appellants,
By their Attorneys,


James F. Creed, Jr.
BBO # 552138
Sara D. Trupe Cloherty
BBO #632528
CREED & FORMICA
1329 Highland Avenue
Needham, MA  02492
(781) 449-4600


6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:                    )<br>MICHAEL J. DELANEY  )<br>     Debtor,          )<br>                            ) | |

IN RE:                                )
MICHAEL J. DELANEY                     )
        Debtor,                        )
                                       )


J. BRIAN MOORE                         )          CIVIL ACTION NO. 04-10393 NG
LAURA M. MOORE,                        )
        Plaintiffs,                    )
                                       )
vs.                                    )
                                       )
DAVID B. MADOFF, TRUSTEE IN            )
BANKRUPTCY FOR MICHAEL J.              )
DELANEY; GERRITY COMPANY,              )
INCORPORATED; CAPE COD                 )
LUMBER CO., INC.; SAMPSON              )
LUMBER CO., INC.; C.N.J., INC.         )
D/B/A WHITMAN CARPET & TILE;           )
NORTH RIVER PLUMBING;                  )
HEATING & WATER FILTRATION;            )
P.A. LANDERS, INC.;                    )
COMMONWEALTH OF                        )
MASSACHUSETTS,DEPARTMENT OF            )
REVENUE; KEVIN KILEY and               )
SUSAN KILEY; SCOTT KEARNS and          )
SANDRA KEARNS & TOWN OF                )
PEMBROKE, DELANCON                     )
CORPORATION, MATTHEW                   )
DELANEY, PAMELA E. INGHAM f/k/a        )
PAMELA E. DELANEY, MICHAEL             )
J. DELANEY, TRUSTEE OF THE             )
QUAIL RUN REALTY TRUST                 )
and MICHAEL DELANEY,                   )
        Defendants.                    )

                                       )

7

CERTIFICATE OF SERVICE

I, Deborah Rizzotto, hereby certify that I caused a true copy of the APPELLANTS'
DESIGNATION OF CONTENTS OF RECORD AND STATEMENT OF ISSUES ON
APPEAL, to be served on the following by first class mail, postage prepaid:

David B. Madoff, Esquire
Chapter 7 Trustee
Cohn, Khoury, Madoff & Whitesell
101 Arch Street
Boston, MA  02110

Gary Cruickshank, Esquire
21 Custom House Street, Suite 920
Boston, MA  02110

United States Trustee
1184 Thomas P. O'Neill, Jr.
 Federal Building
10 Causeway Street
Boston, MA  02222

Gerrity Company, Inc.
c/o Stephen A. Greenbaum, Esquire
Greenbaum Nagel Fisher & Hamelburg
200 High Street
Boston, MA  02110

Cape Cod Lumber Co., Inc.
c/o Michael S. Kalis, Esquire
632 High Street
Dedham, MA  02026

Comm. Of Mass Dept. of Revenue
c/o Stephen G. Murphy
Counsel to the Commissioner
Massachusetts Department of Revenue
51 Sleeper Street, PO Box 9486
Boston, MA  02205-9486

Kevin P. Kiley and Susan Kiley
c/o Wilson D. Rogers, Jr., Esquire
The Rogers Law Firm
One Union Street
Boston, MA  02108

Town of Pembroke
c/o Joel B. Bard, Esquire
Kopelman and Paige, PC
31 St. James Avenue
Boston, MA  02116-4102

North River Plumbing, Heating
  & Water Filtration
44 Mountain Avenue
Pembroke, MA  02359

C.N.J., Inc.
421 Bedford Street
Whitman, MA  02382

Sampson Lumber Co., Inc.
PO Box 1149
Pembroke, MA  02359

Scott and Sandra Kearns
c/o Kethro & Thomas, PC
1165 Washington Street
Hanover, MA  02339

Cape Cod Lumber Co., Inc.
PO Box 2013
Abington, MA  02351-0513

Kevin P. Kiley and Susan Kiley
47 Colasanti Drive
Weymouth, MA  02191

Town of Pembroke
Town Hall
Pembroke, MA  02359

P.A. Landers, Inc.
c/o Elliot M. Sherman, Esquire
Baron Burgess & Trifilo, LLP
45 Fairfield Street
Boston, MA  02116

P.A. Landers, Inc.
24 Factory Pond Road
Hanover, MA  02339

Stephen E. Shamban, Esquire
639 Granite Street
PO Box 850973
Braintree, MA  02185

Quail Run Realty Trust
c/o Michael Delaney
48 Fieldstone Drive
Pembroke, MA  02359

Pamela Ingham
35 Misty Meadow Road
Pembroke, MA  02359

Scott Peterson, Esquire
Healy & Healy, PC
15 Walnut Street
Wellesley, MA  02481

Matthew Delaney
47 Wintergreen Farm Road
Pembroke, MA  02359

Michael Delaney
PO Box 726
Hanover, MA  02339

Delancon Corp.
c/o Michael Delaney
48 Fieldstone Drive
Pembroke, MA  02359

10

Richard S. Hackel, Esquire
98 N. Washington Street
Boston, Massachusetts  02114

Deborah Rizzotto

Dated:  6/9/05

11