# United States Court of Appeals
## For the First Circuit

No. 05-1843

In Re: MICHAEL J. DELANEY

Debtor

-----------------------------------

J. BRIAN MOORE; LAURA M. MOORE

Plaintiffs - Appellants

v.

DAVID MADOFF, Trustee in Bankruptcy for Michael J. Delaney; GERRITY COMPANY INCORPORATED; CAPE COD LUMBER CO., INC.; SAMPSON LUMBER CO., INC.; C.N.J., INC., d/b/a Whitman Carpet & Tile; NORTH RIVER PLUMBING; HEATING & WATER FILTRATION; P.A. LANDERS, INC.; COMMONWEALTH OF MASSACHUSETTS, DEPARTMENT OF REVENUE; KEVIN KILEY; SUSAN KILEY; SCOTT KEARNS; SANDRA KEARNS; TOWN OF PEMBROKE; DELANCON CORPORATION; MATTHEW DELANEY; PAMELA E. INGHAM, f/k/a Pamela E. Delaney; MICHAEL J. DELANEY, Trustee of the Quail Run Realty Trust; MICHAEL DELANEY

Defendants - Appellees

---

**JUDGMENT**

Entered: September 29, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**
By_____
Operations Manager

[cc: James F. Creed, Esq., David Madoff, Esq., Gary W. Cruickshank, Esq., Stephen A. Greenbaum, Esq., Michael S. Kalis, Esq., Elliot M. Sherman, Esq., Stephen G. Murphy, Esq., Wilson D. Rogers, Esq., Brian Walter Riley, Esq., Arvid J. Peterson, Esq., Frederick J. Watson, Esq.]

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 9/29/06